IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> EDWIN GENARO RIVERA DERAS (1), : <br> HUMBERTO GOMEZ VALDOVINOS : <br> (2), : <br> : <br> Defendants. : <br> : | CRIMINAL ACTION NO. <br> 1:19-cr-0508-AT-1-2 |

## **ORDER**

Trial in this matter was set to begin on November 29, 2021. The Government has filed a motion requesting a continuance of this trial date that is unopposed by Defendant [Doc. 85].

The unopposed motion is hereby **GRANTED** and trial is **RESET** for February 7, 2022, at 9:30 AM in Courtroom 2308. The pretrial conference is reset for January 26, 2022, at 10:30 AM in Courtroom 2308. Defendants are required to attend the pretrial conference or present written waivers of their attendance. By January 5, 2022, the parties are to file any motions in limine and proposed voir dire questions. By January 5, 2022, the Government is to file a summary of the indictment for use in voir dire. By January 14, 2022, the parties

are to file any objections to those items listed above. The time from October 12, 2021, to February 7, 2022, shall be excluded from computation under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(i), and (h)(7)(B)(iv). Failure to grant this continuance deny counsel for the Government and Defendant Brown the reasonable time necessary to effectively prepare for trial, taking into account the exercise of due diligence, and would likely result in a miscarriage of justice. The Court finds that the ends of justice are served by granting this continuance and are consistent with both the best interest of the public and individual justice in this matter.

It is so **ORDERED** this 12th day of October, 2021.

_____
**AMY TOTENBERG**
**UNITED STATES DISTRICT JUDGE**